In The United States District Court For The Northern District Of California

From: Oscar M. Pearson T91151

Pearson V Ornowski

Re: # 5:06-CV-02128

To: The Clerk of The United States District Court:

Sir, please find inclosed herewith a copy of my Motion of Conflict of Interest between Appellate and his Appeals Attorney, Janice Wellborn, Mailed this date to the California Appeals Court. Please file this Motion as an exhibit in my pending Writ of Habeas Corpus by before the United States District Court in Case No# 5:02128 JW.

Also, Sir, I would appreciate it very much if you could inform me of the present status of my pending Habeas Corpus. Thank you for any help you may provide,

September 3, 2007

Respectfully Yours Truely OMP