**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR MAURICE PEARSON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　Defendant(s). | No. C 07-04610 JW (PR)<br><br>ORDER CLOSING FILE |

　　　The above titled civil rights action was opened with the filing of a letter by plaintiff referencing Case Number C 06-02128 JW (PR), which is a pending case before this Court. Since the instant case was opened in error, no fee will be due in connection with the above titled action.

　　　The clerk shall administratively close the file, and file copies of all documents herein in Case Number C 06-02128 JW (PR).

DATED: November 9, 2007

　　　　　　　　　　　　　　　　　　　　JAMES WARE
　　　　　　　　　　　　　　　　　　　　United States District Judge

Order Closing File
P:\PRO-SE\SJ.JW\CR.07\Pearson04610_close.wpd